# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **KRISTY BARNES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00869-O-BP |
| § | |
| **CITY OF LAKE WORTH, TEXAS,** § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** Plaintiff's First Motion to Reopen Case filed August 3, 2022 (ECF No. 10), Motion to Amend with proposed amendment filed August 4, 2022 (ECF No. 11), and Supplemental Motion to Reopen Case filed August 19, 2022 (ECF No. 12).

**SO ORDERED** on this **26th day of October, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE